```
 1 │ DAVID L. ANDERSON (CABN 149604)
   │ United States Attorney
 2 │
   │ HALLIE HOFFMAN (CABN 210020)
 3 │ Chief, Criminal Division
   │
 4 │ CHRISTIAAN H. HIGHSMITH (CABN 296282)
   │ Assistant United States Attorney
 5 │
   │      450 Golden Gate Avenue
 6 │      San Francisco, California 94102-3495
   │      Telephone: (415) 436-7200
 7 │      Facsimile: (415) 436-7234
   │      Email: christiaan.highsmith@usdoj.gov
 8 │
   │ Attorneys for the United States of America
 9 │
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. 19-0291-1 JD |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING SENTENCING** |
| JUSTIN JACKSON, | ) |
| Defendant. | ) |

The above captioned matter is scheduled for Judgment and Sentencing on Wednesday, April 29, 2020, at 10:30 a.m. On March 16, 2020, the Court issued General Order 72 stating that appearances before district judges may be waived or postponed, if required by law, with the defendant's consent. The Court further found that the ends of justice served by ordering the continuances outweigh the interest of the public and any defendant's right to a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Given General Order 72, shelter-in-place orders, and the global pandemic, the parties jointly stipulate to continuing the Judgment and Sentencing hearing in this case to May 13, 2020. Further, the parties have consulted with the assigned United States Probation Officer, and the Probation Officer supports the requested continuance. Because Defendant Jackson has entered a guilty plea, there is no need to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161.

STIPULATION AND [PROPOSED] ORDER        1
NO. 19-0291 JD

IT IS SO STIPULATED

DATED: March 24, 2020                                Respectfully submitted,

                                                     DAVID L. ANDERSON
                                                     United States Attorney


                                                     _____/s/_____
                                                     CHRISTIAAN H. HIGHSMITH
                                                     Assistant United States Attorney


DATED: March 24, 2020                                Respectfully submitted,


                                                     _____/s/_____
                                                     ADAM PENNELLA
                                                     Counsel for JUSTIN JACKSON


## ORDER

The Court hereby ORDERS that the Judgment and Sentencing hearing currently set for April 29, 2020, be continued to Wednesday, May 13, 2020. Because the Defendant has already entered a guilty plea, there is no need to exclude time under the Speedy Trial Act.

IT IS SO ORDERED.


DATED: March 25, 2020                                _____
                                                     HONORABLE JAMES DONATO
                                                     United States District Judge


STIPULATION AND [PROPOSED] ORDER            2
NO. 19-0291 JD