1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  CHRISTIAAN H. HIGHSMITH (CABN 296282)
   Assistant United States Attorney
5
          450 Golden Gate Avenue
6         San Francisco, California 94102-3495
          Telephone: (415) 436-7200
7         Facsimile: (415) 436-7234
          Email: christiaan.highsmith@usdoj.gov
8
   Attorneys for the United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,           )   No. 19-0291-1 JD
                                        )
14          Plaintiff,                  )   **STIPULATION AND ORDER**
                                        )   **CONTINUING SENTENCING**
15       v.                             )
                                        )
16  JUSTIN JACKSON,                     )
                                        )
17          Defendant.                  )
                                        )
18  _____)

19      The above captioned matter is scheduled for Judgment and Sentencing on Wednesday, July 22,

20  2020, at 10:30 a.m.  The undersigned Government attorney will be out of the district on Wednesday,

21  July 22, 2020.  Further, the parties require additional time to analyze the PSR and draft sentencing

22  memoranda.  And given restrictions at Santa Rita Jail, defense counsel requires additional time to

23  consult with his client in advance of sentencing.  Further, the parties have consulted with the assigned

24  United States Probation Officer, and the Probation Officer supports the requested continuance.  Because

25  Defendant Jackson has entered a guilty plea, there is no need to exclude time under the Speedy Trial

26  Act, 18 U.S.C. § 3161.

27          IT IS SO STIPULATED

28

STIPULATION AND [PROPOSED] ORDER         1
NO. 19-0291 JD

| | | |
|---|---|---|
| 1 | DATED:  June 24, 2020 | Respectfully submitted, |
| 2 | | DAVID L. ANDERSON |
| 3 | | United States Attorney |
| 4 | | |
| 5 | | _____/s/_____ |
| | | CHRISTIAAN H. HIGHSMITH |
| 6 | | Assistant United States Attorney |
| 7 | DATED:  June 24, 2020 | Respectfully submitted, |
| 8 | | |
| 9 | | _____/s/_____ |
| | | ADAM PENNELLA |
| 10 | | Counsel for JUSTIN JACKSON |

**ORDER**

The Court hereby ORDERS that the Judgment and Sentencing hearing currently set for July 22, 2020, be continued to Wednesday, August 12, 2020.  Because the Defendant has already entered a guilty plea, there is no need to exclude time under the Speedy Trial Act.

IT IS SO ORDERED.

DATED: June 24, 2020

_____
HONORABLE JAMES DONATO
United States District Judge

STIPULATION AND [PROPOSED] ORDER
NO. 19-0291 JD                    2