Law Office of Adam Pennella
Adam Pennella, SBN 246260
420 Third Street, Suite 250
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@avplawoffice.com

Counsel for Defendant
Justin Jackson

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JUSTIN JACKSON,<br><br>    Defendant | Case No.: CR 19-291 JD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SUPERVISED RELEASE VIOLATION HEARING |

    The above captioned matter is set on April 14, 2025 for a status regarding the supervised release violation petition that is pending.

    Undersigned defense counsel is currently in a homicide trial in Alameda County that will be continuing into the week of April 14, 2025. The parties are also engaged in discussions about potential resolution of this matter, which are ongoing.

    As a result, the parties stipulate that the status conference should be continued to June 2, 2025 at 10:30 a.m. The parties have confirmed that Probation is agreeable with the requested date.

//

SO STIPULATED:

Dated: April 8, 2025								PATRICK ROBBINS
										Acting UNITED STATES ATTORNEY


										_____/s/_____
										Christiaan Highsmith
										Assistant United States Attorney


Dated: April 8, 2025								_____/s/_____
										Adam Pennella
										Counsel for Justin Jackson



SO ORDERED.


Dated:  April 11, 2025
										_____
										JAMES DONATO
										United States District Judge